No. 99–150. WAL-MART STORES, INC. v. SAMARA BROTHERS, INC. C. A. 2d Cir. Certiorari granted limited to the following question: "What must be shown to establish that a product's design is inherently distinctive for purposes of Lanham Act trade-dress protection?" Brief of petitioner is to be filed with the Clerk and served upon opposing counsel on or before 3 p.m., Thursday, November 18, 1999. Brief of respondent is to be filed with the Clerk and served upon opposing counsel on or before 3 p.m., Mon-

day, December 20, 1999. A reply brief, if any, is to be filed with the Clerk and served upon opposing counsel on or before 3 p.m., Monday, January 10, 2000. This Court's Rule 29.2 does not apply.